FILED'10 NOV 22 15:12 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAMES ARTHUR ROSS,           )
                             )      Case No. CV'10 - 1440   HO
    Petitioner on Review,    )
                             )
    vs.                      )      APPLICATION TO PROCEED
                             )      *IN FORMA PAUPERIS*
JEAN HILL, Superintendent,   )
Snake River Correctional Institution, )
                             )
    Respondent on Review.    )
_____)

I, James Arthur Ross, declare that I am the plaintiff in the above- entitled proceeding; that, in support of my request to proceed without prepayment of fees under **28 U.S.C. § 1915**. I declare than I am unable to pay the fees for these proceedings or give security therefore and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated:     Yes ☒     No ☐

    If "yes" state the place of your incarceration: Easern Oregon Correctional Inst.

    **If "Yes" have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account showing transactions for the past six months, make sure to have the Librarian sign your six month trust account request, or it will be returned to you unprocessed.**

2. Are you currently employed?     Yes ☐     No ☒

    a. If the answer is "Yes" state the amount of your pay._____

    b. If the answer is "No" state the date of your last employment, the amount of your take home salary or wages and pay period, and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment     Yes ☐ No ☒

| | | | | | |
|---|---|---|---|---|---|
| 1 | | b. | Rent payments, interest, or dividends | Yes ☐ | No ☒ |
| 2 | | c. | Pensions, annuities, or life insurance payment | Yes ☐ | No ☒ |
| 3 | | d. | Disability or workers compensation payments | Yes ☐ | No ☒ |
| 4 | | e. | Gifts or inheritances | Yes ☐ | No ☒ |
| 5 | | f. | Any other sources | Yes ☐ | No ☒ |

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received and what you expect you will ;continue to receive. Please attach an additional sheet if necessary.

4. Do you have cash or checking or savings accounts, (including prison trust accounts)?   Yes ☒  No ☐

If "Yes" state the total amount: ___.48¢___

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   Yes ☐  No ☒

If "Yes" list the asset(s) and state the value of each asset listed _____

6. Do you have any other assets?   Yes ☐  No ☒

If "Yes" list the asset(s) and state the value of each asset listed _____

7. List all persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support _____
N/A

1        I hereby authorize the agency having custody of me to collect from my trust

2  account and forward to the Clerk of the United States District Court payments

3  toward the full filing fee of $350.00 for a prisoner Civil Rights Complaint or $5.00

4  for a Petition for Writ of Habeas Corpus in accordance with the Prison Litigation

5  Reform Act, P.L. 104-134  (110 Stat. 1321), Section 804(a) (to be codified at 28

6  U.S.C. § 1915(b))

7

8  I declare under penalty of perjury that the above information is true and correct.

9

10

11  _____11-18-10_____                _____[signature]_____
        DATE                                        SIGNATURE OF APPLICANT

12

13

14

15

16

17

18

19

20

21

22

23

24

# REQUEST FOR 6 MONTH PRINTOUT
# OF
# INMATE TRUST ACCOUNT

### HAND WRITE ONLY DO NOT TYPE



Inmate's Name **James Ross**
SID# **12599830**
Housing **F3-12A**

I, **James Arthur Ross**, request a printout of my inmate trust account for the past 6 months (provided that I've been in ODOC custody for that period of time) this request is made in accordance with the express order of:

| | |
|---|---|
| ☐ The _____ County Circuit Court | **Type of Document to be filed with the Court** |
| ☐ The Oregon State Court of Appeals. | ☐ State Habeas Corpus |
| ☐ The Oregon State Supreme Court. | ☒ Federal Habeas Corpus |
| ☐ The United States District Court. | ☐ Post-Conviction Relief |
| ☒ The United States Court of Appeals for the Ninth Circuit. | ☐ Civil Rights Complaint (1983) |
| ☐ The United States Supreme Court. | ☐ Application for In Forma Pauperis |
| ☐ Other _____ | ☐ Mandamus Circuit Court |
| | ☐ Mandamus Supreme Court |
| | ☐ Other: _____ |
| | ☐ Case Number: (if known) _____ |

This request becomes necessary because I am making a legal filing in the specified court stated above, and the court requires this information prior to granting *In Forma Pauperis* status. This form needs to be sent to the facility Library Coordinator. Once the Library Coordinator approves this request, it will be forwarded to Inmate Trust Accounts. Forms received by Inmate Trust Accounts that have not been approved by the facility Library Coordinator will be returned to the inmate unprocessed.

_____        _____
**Hassell   10-29-10**                         (Inmate Signature)
Approved Library Coordinator / Designee       **10-28-10**
                                              Date

Case Number: _____

# CERTIFICATE OF FUNDS
# IN
# INMATE'S ACCOUNT

I certify that attached hereto is a true and correct copy of the inmate's trust account statement showing transactions of ___James Ross___ for the last six months at **Eastern Oregon Correctional Institution** where he is confined.

I certify that the inmate has the sum of $ __17.81__ on account to his credit. I further certify that the average deposits each month to this inmate's account for the most recent 6-month period were $ __194.22__ and the average balance in the inmate's account each month for the most recent 6-month period was $ __90.08__.

Date: __11/9/10__    ___D. Patrick___
                     Authorized officer of the institution

11/09/2010 16:15　　　DEPARTMENT OF CORRECTIONS　　　Page　1 Of　4
　　PATRICKD　　　　OREGON DEPARTMENT OF CORRECTIONS　　　OTRTASTB
　　　　　　　　　T R U S T　 A C C O U N T　 S T A T E M E N T　　4.12.0.0.1TR

Case 6:10-cv-01440-HO    Document 2    Filed 11/22/10    Page 6 of 9

SID#　0012599830　　Name: ROSS, JAMES ARTHUR　　　　　BKG#　733830
LOCATION: EOCI-F3-F312A

Account Balance Today ( 09-NOV-10　) 　Current :　　17.81
　　　　　　　　　　　　　　　　　　　　　　Hold　　:　　 0.00
　　　　　　　　　　　　　　　　　　　　　　Total 　:　　17.81

Account Balance as of　09-NOV-10　　　　　　　　　　17.81

　　　　　　　　　　　　05/09/2010　　　11/09/2010
SUB ACCOUNT　　　　　　START BALANCE　　END BALANCE
INMATE SPENDING ACCOUNT　　　23.93　　　　　17.81
RESERVED DENTAL　　　　　　　 0.00　　　　　 0.00

## DEBTS AND OBLIGATIONS

| WRITE TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID |
|---|---|---|---|---|
| COPA | COPY ADVANCE | 12232004 | 0.00 | 48.20 |
| FDISA | DISCIPLINARY FINES ADVANCE | 08192005 | 0.00 | 115.00 |
| OCICA | OCIC POSTAGE ADVANCE | 09132004 | 0.00 | 14.30 |
| USA | US COURT FILING FEE ADVANCE | 02252010 | 205.62 | 144.38 |
| EOCIA | EOCI POSTAGE ADVANCE | 08122009 | 0.00 | 8.24 |
| SRCIA | SRCI POSTAGE ADVANCE | 05252005 | 0.00 | 23.96 |

TRANSACTION DESCRIPTIONS --　　　INMATE SPENDING　SUB-ACCOUNT
　　　　　　　　　　　　　　　　　　　　　　　ACCOUNT

| DATE | TRANSACTION DESCRIPTION | RECEIPT# | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 05/12/2010 | CRS SAL ORD #3585502EOCI | | ( 11.64) | 12.29 |
| 05/12/2010 | LYDIA PIPPER | ODOC1184127 | 50.00 | 62.29 |
| 05/12/2010 | Deduction-CLR-09032004 D | | ( 25.00) | 37.29 |
| 05/12/2010 | Deduction-CLR-09032004 D | | 25.00 | 62.29 |
| 05/14/2010 | Activities / EOCI/BIRDS OF PREY | | ( 5.00) | 57.29 |
| 05/14/2010 | EOCI Copy Sales | | ( 0.40) | 56.89 |
| 05/18/2010 | CRS SAL ORD #3596360EOCI | | ( 41.30) | 15.59 |
| 05/21/2010 | EOCI Postage Sales | | ( 0.17) | 15.42 |
| 05/21/2010 | EOCI Postage Sales | | ( 0.17) | 15.25 |
| 05/21/2010 | Deduction-USA-02252010 D | | ( 5.25) | 10.00 |

SID# 0012599830    Name: ROSS, JAMES ARTHUR              BKG# 733830
LOCATION: EOCI-F3-F312A

| DATE | TRANSACTION DESCRIPTION | RECEIPT# | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 05/25/2010 | Activities / EOCI/hawaiian burger | | ( 6.00) | 4.00 |
| 06/01/2010 | Interest Distribution | | 0.03 | 4.03 |
| 06/07/2010 | TAMMY MENDENHALL | ODOC1191643 | 170.00 | 174.03 |
| 06/07/2010 | Deduction-CLR-09032004 D | | ( 30.00) | 144.03 |
| 06/07/2010 | Deduction-CLR-09032004 D | | 30.00 | 174.03 |
| 06/09/2010 | Copy Sales EOCI | | ( 0.10) | 173.93 |
| 06/15/2010 | CRS SAL ORD #3628835EOCI | | ( 18.60) | 155.33 |
| 06/15/2010 | CSR SAL ORD #3628835 | | 18.60 | 173.93 |
| 06/15/2010 | CRS SAL ORD #3628842EOCI | | ( 22.62) | 151.31 |
| 06/21/2010 | LYDIA PIPPEN | | ( 100.00) | 51.31 |
| 06/24/2010 | POPULAR SCIENCE ACCT# 089133700350946140 | | ( 21.95) | 29.36 |
| 06/24/2010 | AMERICAN CURVES MAGAZINE | | ( 24.97) | 4.39 |
| 06/25/2010 | LYDIA MAIPPEN | ODOC1199179 | 75.00 | 79.39 |
| 06/29/2010 | CRS SAL ORD #3648365EOCI | | ( 15.75) | 63.64 |
| 07/13/2010 | CRS SAL ORD #3666907EOCI | | ( 4.03) | 59.61 |
| 07/14/2010 | EOCI Copy Sales | | ( 4.20) | 55.41 |
| 07/15/2010 | LYDIA PIPPEN | ODOC1206174 | 75.00 | 130.41 |
| 07/15/2010 | Deduction-CLR-09032004 D | | ( 30.00) | 100.41 |
| 07/15/2010 | Deduction-CLR-09032004 D | | 30.00 | 130.41 |
| 07/20/2010 | AMERICAN MAGAZINE SERVICE | | ( 14.90) | 115.51 |
| 07/20/2010 | Interest Distribution | | 0.02 | 115.53 |
| 07/21/2010 | EOCI Copy Sales | | ( 0.70) | 114.83 |
| 07/23/2010 | LYDIA PIPPEN | ODOC1208658 | 400.00 | 514.83 |
| 07/26/2010 | Deduction-USA-02252010 D | | ( 49.00) | 465.83 |
| 07/27/2010 | CRS SAL ORD #3688723EOCI | | ( 60.93) | 404.90 |
| 08/02/2010 | SUBSCRIPTION SERVICES | | ( 98.80) | 306.10 |
| 08/02/2010 | SAVAGE | | ( 19.95) | 286.15 |
| 08/02/2010 | PARTNERSHIP FOR SAFETY AND JUSTICE | | ( 7.00) | 279.15 |
| 08/02/2010 | PLAYBOY | | ( 24.00) | 255.15 |
| 08/02/2010 | FAMM | | ( 10.00) | 245.15 |
| 08/02/2010 | LYDIA PIPPEN | | ( 50.00) | 195.15 |
| 08/02/2010 | Interest Distribution | | 0.12 | 195.27 |
| 08/03/2010 | CRS SAL ORD #3698007EOCI | | ( 38.91) | 156.36 |
| 08/11/2010 | CRS SAL ORD #3709362EOCI | | ( 28.30) | 128.06 |

Case 6:10-cv-01440-HO   Document 2   Filed 11/22/10   Page 8 of 9

SID#    0012599830     Name: ROSS, JAMES ARTHUR                    BKG#   733830
LOCATION: EOCI-F3-F312A

| DATE | TRANSACTION DESCRIPTION | RECEIPT# | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 08/12/2010 | DEPT. OF CORRECTIONS 16000006 TV COVER | | ( 4.00) | 124.06 |
| 08/17/2010 | EOCI Copy Sales | | ( 0.30) | 123.76 |
| 08/17/2010 | Activities / EOCI/car show | | ( 10.00) | 113.76 |
| 08/18/2010 | CRS SAL ORD #3720975EOCI | | ( 16.22) | 97.54 |
| 08/18/2010 | CRS SAL ORD #3721103EOCI | | ( 36.99) | 60.55 |
| 08/18/2010 | CSR SAL ORD #3720975 | | 2.08 | 62.63 |
| 08/18/2010 | CRS SAL ORD #3721284EOCI | | ( 2.08) | 60.55 |
| 08/23/2010 | PRISON LIVING MAGAZINE | | ( 16.00) | 44.55 |
| 08/24/2010 | EOCI Postage Sales | | ( 5.89) | 38.66 |
| 08/24/2010 | EOCI Copy Sales | | ( 2.10) | 36.56 |
| 08/24/2010 | CRS SAL ORD #3729502EOCI | | ( 36.43) | 0.13 |
| 08/25/2010 | LYDIA LIPPEN | ODOC1220236 | 100.00 | 100.13 |
| 08/25/2010 | Deduction-CLR-09032004 D | | ( 30.00) | 70.13 |
| 08/25/2010 | Deduction-CLR-09032004 D | | 30.00 | 100.13 |
| 08/25/2010 | Deduction-USA-02252010 D | | ( 90.13) | 10.00 |
| 08/31/2010 | EOCI Postage Sales | | ( 5.99) | 4.01 |
| 08/31/2010 | LYDIA MAPIPPEN | ODOC1221582 | 125.00 | 129.01 |
| 08/31/2010 | EOCI Postage Sales | | ( 5.40) | 123.61 |
| 08/31/2010 | EOCI Copy Sales | | ( 56.10) | 67.51 |
| 09/01/2010 | CRS SAL ORD #3737911EOCI | | ( 49.63) | 17.88 |
| 09/08/2010 | CRS SAL ORD #3743975EOCI | | ( 17.10) | 0.78 |
| 09/08/2010 | Interest Distribution | | 0.12 | 0.90 |
| 09/13/2010 | REV GJ#9563647 PRISON LIVING MAGAZINE | | 16.00 | 16.90 |
| 09/14/2010 | EOCI Postage Sales | | ( 1.98) | 14.92 |
| 09/14/2010 | EOCI Postage Sales | | ( 1.98) | 12.94 |
| 09/14/2010 | EOCI Copy Sales | | ( 2.50) | 10.44 |
| 09/21/2010 | CRS SAL ORD #3765673EOCI | | ( 7.60) | 2.84 |
| 09/29/2010 | CRS SAL ORD #3775942EOCI | | ( 2.46) | 0.38 |
| 10/04/2010 | LYDIA PIPPEN | ODOC1233807 | 140.00 | 140.38 |
| 10/04/2010 | Deduction-CLR-09032004 D | | ( 30.00) | 110.38 |
| 10/04/2010 | Deduction-CLR-09032004 D | | 30.00 | 140.38 |
| 10/05/2010 | CRS SAL ORD #3783298EOCI | | ( 55.65) | 84.73 |
| 10/07/2010 | EOCI Postage Sales | | ( 0.17) | 84.56 |
| 10/07/2010 | Activities / EOCI/ENHANCED MEAL | | ( 7.00) | 77.56 |

11/09/2010 16:15    DEPARTMENT OF CORRECTIONS    Page 4 Of 4
PATRICKD    OREGON DEPARTMENT OF CORRECTIONS    OTRTASTB
     T R U S T    A C C O U N T    S T A T E M E N T      4.12.0.0.1TR

Case 6:10-cv-01440-HO    Document 2    Filed 11/22/10    Page 9 of 9

SID# 0012599830    Name: ROSS, JAMES ARTHUR      BKG# 733830
LOCATION: EOCI-F3-F312A

| DATE | TRANSACTION DESCRIPTION | RECEIPT# | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 10/11/2010 | EOCI Postage Sales | | ( 1.30) | 76.26 |
| 10/11/2010 | EOCI Postage Sales | | ( 1.30) | 74.96 |
| 10/11/2010 | EOCI Copy Sales | | ( 0.40) | 74.56 |
| 10/13/2010 | CRS SAL ORD #3793749EOCI | | ( 50.00) | 24.56 |
| 10/20/2010 | CRS SAL ORD #3804989EOCI | | ( 17.66) | 6.90 |
| 10/26/2010 | CRS SAL ORD #3814076EOCI | | ( 4.37) | 2.53 |
| 10/28/2010 | EOCI Copy Sales | | ( 1.30) | 1.23 |
| 10/28/2010 | Copy Advance | | 8.10 | 9.33 |
| 10/28/2010 | EOCI Copy Debt | | ( 8.10) | 1.23 |
| 10/29/2010 | Deduction-COPA-12232004 D | | ( 1.23) | 0.00 |
| 11/02/2010 | EOCI Postage Advance | | 2.15 | 2.15 |
| 11/02/2010 | EOCI Postage Debt | | ( 2.15) | 0.00 |
| 11/02/2010 | EOCI Postage Advance | | 3.17 | 3.17 |
| 11/02/2010 | EOCI Postage Debt | | ( 3.17) | 0.00 |
| 11/03/2010 | LYDIA PIPPE | ODOC1245650 | 30.00 | 30.00 |
| 11/03/2010 | Deduction-CLR-09032004 D | | ( 15.00) | 15.00 |
| 11/03/2010 | Deduction-CLR-09032004 D | | 15.00 | 30.00 |
| 11/03/2010 | Deduction-EOCIA-08122009 D | | ( 5.32) | 24.68 |
| 11/03/2010 | Deduction-COPA-12232004 D | | ( 6.87) | 17.81 |

TRANSACTION DESCRIPTIONS --      RESERVED DENTAL SUB-ACCOUNT

| DATE | TRANSACTION DESCRIPTION | RECEIPT# | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|