FILED'10 NOV 22 15:12 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JAMES ARTHUR ROSS,<br><br>    Petitioner on Review,<br><br>    vs.<br><br>JEAN HILL, Superintendent,<br>Snake River Correctional Institution,<br><br>    Respondent on Review. | Case No. CV'10 - 1440   HO<br><br>MOTION REQUESTING<br>APPOINTMENT OF COUNSEL |

    **COMES NOW**, the Petitioner, James Arthur Ross, who, having submitted a Motion to Proceed *In Forma Pauperis*, respectfully requests that the Court appoint counsel to represent him/her in this matter. This habeas corpus proceeding involves complex issues which petitioner does not have the legal expertise to pursue pro se.

    **DATED** this 16th day of November, 2010

                                                            /s/ James A. R.
                                                               Petitioner/Plaintiff