UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

**JAMES ARTHUR ROSS,**

    Petitioner

        Civ. 10-1440-HO

**v.**        **ACCEPTANCE AND ACKNOWLEDGMENT OF SERVICE OF §2254 PETITION**

**JEAN HILL,**

    Respondent.

I acknowledge receipt of the §2254 Scheduling Order and Petition in this action on:

**Date Order and Petition Received:** _____

DATED this _____ day of _____, 2011.

_____
(Signature of Person Acknowledging Receipt)