UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

JAMES ARTHUR ROSS,

       Petitioner

                                       Civ. 10-1440-HO

v.                                ACCEPTANCE AND ACKNOWLEDGMENT
                                  OF SERVICE OF §2254 PETITION

JEAN HILL,

       Respondent.

---

I acknowledge receipt of the §2254 Scheduling Order and Petition in this action on:

**Date Order and Petition Received:** _January 5, 2011_

DATED this _7th_ day of _January_, 2011.

_Linda Reid_
(Signature of Person Acknowledging Receipt)