JOHN R. KROGER
Attorney General
KRISTEN E. BOYD #002102
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email: kristen.e.boyd@doj.state.or.us

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JAMES ARTHUR ROSS,<br><br>   Petitioner,<br><br>   v.<br><br>JEAN HILL,<br><br>   Respondent. | Case No. 6:10-cv-1440-HO<br><br>NOTICE OF REASSIGNMENT OF<br>ASSISTANT ATTORNEY GENERAL |

The above-captioned case has been reassigned from Assistant Attorney General Lynn D. Larsen to Assistant Attorney General Kristen E. Boyd.

DATED this 13 day of January, 2011.

Respectfully submitted,

JOHN R. KROGER
Attorney General

*/s/ Kristen E. Boyd*
KRISTEN E. BOYD #002102
Assistant Attorney General
Trial Attorney
Of Attorneys for Respondent

Page 1 -   NOTICE OF REASSIGNMENT OF ASSISTANT ATTORNEY GENERAL
           KEB/gcz/2472315-v1

## CERTIFICATE OF SERVICE

I certify that on January 13, 2011, I served the foregoing NOTICE OF REASSIGNMENT OF ASSISTANT ATTORNEY GENERAL upon the parties hereto by the method indicated below, and addressed to the following:

James Arthur Ross  
SID #12599830  
Eastern Oregon Correctional Institution  
2500 Westgate  
Pendleton, OR 97801-9699  

___ HAND DELIVERY  
_X_ MAIL DELIVERY  
___ OVERNIGHT MAIL  
___ TELECOPY (FAX)  
___ E-MAIL  
___ E-FILE  

_____  
KRISTEN E. BOYD #002102  
Assistant Attorney General  
Trial Attorney  
Tel (503) 947-4700  
Fax (503) 947-4794  
kristen.e.boyd@doj.state.or.us  
Of Attorneys for Respondent  

Page 1 -   CERTIFICATE OF SERVICE  
          KEB/gcz/2472308-v1

Department of Justice  
1162 Court Street NE  
Salem, OR 97301-4096  
(503) 947-4700 / Fax: (503) 947-4794