JOHN R. KROGER
Attorney General
KRISTEN E. BOYD  #002102
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email:  kristen.e.boyd@doj.state.or.us

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JAMES ARTHUR ROSS,<br><br>    Petitioner,<br><br>v.<br><br>JEAN HILL,<br><br>    Respondent. | Case No. 6:10-cv-1440-HO<br><br>MOTION FOR EXTENSION OF TIME |

Respondent respectfully moves this Court for an order granting a 90-day extension of time to file a response to petitioner's habeas corpus petition up to and including **June 6, 2011.** A representative of my office verified that petitioner is a prisoner not represented by counsel in this matter.  Pursuant to Local Rule 7-1(a)(1)(C), I did not confer with petitioner, a *pro se* inmate, about this motion.

Page 1 -   MOTION FOR EXTENSION OF TIME
         KEB/gcz/2562242-v1

This motion is made pursuant to Fed. R. Civ. P. 6(b) and is supported by the attached declaration of counsel, Kristen E. Boyd, Assistant Attorney General.

DATED this 16 day of February, 2011.

Respectfully submitted,

JOHN R. KROGER
Attorney General

_____
KRISTEN E. BOYD #002102
Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4794
kristen.e.boyd@doj.state.or.us
Of Attorneys for Respondent

Page 2 -   MOTION FOR EXTENSION OF TIME
           KEB/gcz/2562242-v1

## CERTIFICATE OF SERVICE

I certify that on February 16, 2011, I served the foregoing MOTION FOR EXTENSION OF TIME upon the parties hereto by the method indicated below, and addressed to the following:

James Arthur Ross
SID #12599830
Eastern Oregon Correctional Institution
2500 Westgate
Pendleton, OR 97801-9699

___ HAND DELIVERY
_X_ MAIL DELIVERY
___ OVERNIGHT MAIL
___ TELECOPY (FAX)
___ E-MAIL
___ E-FILE

KRISTEN E. BOYD #002102
Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4794
kristen.e.boyd@doj.state.or.us
Of Attorneys for Respondent

Page 1 -   CERTIFICATE OF SERVICE
KEB/gcz/2472308-v1
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794