JOHN R. KROGER
Attorney General
KRISTEN E. BOYD  #002102
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email: kristen.e.boyd@doj.state.or.us

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JAMES ARTHUR ROSS,<br><br>    Petitioner,<br><br>v.<br><br>JEAN HILL,<br><br>    Respondent. | Case No. 6:10-cv-1440-HO<br><br>DECLARATION OF KRISTEN E. BOYD IN SUPPORT OF MOTION FOR EXTENSION OF TIME |

I, Kristen E. Boyd, declare and say:

    1.    I am an attorney licensed to practice law in the State of Oregon and an Assistant Attorney General for the State of Oregon.

    2.    I am counsel for respondent in the above-captioned case.

    3.    More time is needed to assemble and review the relevant underlying record and respond to petitioner's habeas corpus petition.

Page 1 -    DECLARATION OF KRISTEN E. BOYD IN SUPPORT OF MOTION FOR EXTENSION OF TIME
KEB/gcz/2562244-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794

4. A representative of my office verified that petitioner is a prisoner not represented by counsel in this matter. Pursuant to Local Rule 7-1(a)(1)(C), I did not confer with petitioner, a *pro se* inmate, about the motion for an extension of time.

5. This is respondent's first request for an extension of time.

6. Therefore, I respectfully request a 90-day extension of time until **June 6, 2011**, to file a response to petitioner's habeas corpus petition.

**I declare under penalty of perjury and the laws of the State of Oregon that the foregoing is true and correct to the best of my knowledge, information, and belief.**

DATED this 16 day of February, 2011.

KRISTEN E. BOYD
Assistant Attorney General

Page 2 -  DECLARATION OF KRISTEN E. BOYD IN SUPPORT OF MOTION FOR EXTENSION OF TIME
KEB/gcz/2562244-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794

## CERTIFICATE OF SERVICE

I certify that on February 16, 2011, I served the foregoing DECLARATION OF KRISTEN E. BOYD IN SUPPORT OF MOTION FOR EXTENSION OF TIME upon the parties hereto by the method indicated below, and addressed to the following:

James Arthur Ross
SID #12599830
Eastern Oregon Correctional Institution
2500 Westgate
Pendleton, OR 97801-9699

\_\_ HAND DELIVERY
X MAIL DELIVERY
\_\_ OVERNIGHT MAIL
\_\_ TELECOPY (FAX)
\_\_ E-MAIL
\_\_ E-FILE

KRISTEN E. BOYD #002102
Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4794
kristen.e.boyd@doj.state.or.us
Of Attorneys for Respondent

Page 1 -   CERTIFICATE OF SERVICE
          KEB/gcz/2472308-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794