JOHN R. KROGER
Attorney General
KRISTEN E. BOYD  #002102
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email:  kristen.e.boyd@doj.state.or.us

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JAMES ARTHUR ROSS, | Case No. 6:10-cv-1440-HO |
| Petitioner, | MOTION FOR EXTENSION OF TIME |
| v. | |
| JEAN HILL, | |
| Respondent. | |

Respondent respectfully moves this Court for an order granting a 60-day extension of time to file a response to petitioner's habeas corpus petition, up to and including **August 5, 2011.** A representative of this office verified that petitioner is a prisoner not represented by counsel in this matter. Pursuant to Local Rule 7-1(a)(1)(C), I did not confer with petitioner, a *pro se* inmate, about this motion.

Page 1 -   MOTION FOR EXTENSION OF TIME
KEB/gcz/2562242-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794

This motion is made pursuant to Fed. R. Civ. P. 6(b) and is supported by the attached affidavit of Lynn David Larsen, Attorney-in-Charge.

DATED this 3d day of June, 2011.

Respectfully submitted,

JOHN R. KROGER
Attorney General

KRISTEN E. BOYD #002102
Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4794
kristen.e.boyd@doj.state.or.us
Of Attorneys for Respondent

Page 2 -   MOTION FOR EXTENSION OF TIME
KEB/gcz/2562242-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794

## CERTIFICATE OF SERVICE

I certify that on June _3_ , 2011, I served the foregoing MOTION FOR EXTENSION OF

TIME upon the parties hereto by the method indicated below, and addressed to the following:

James Arthur Ross
SID #12599830
Eastern Oregon Correctional Institution
2500 Westgate
Pendleton, OR 97801-9699

___ HAND DELIVERY
_X_ MAIL DELIVERY
___ OVERNIGHT MAIL
___ TELECOPY (FAX)
___ E-MAIL
___ E-FILE

KRISTEN E. BOYD #002102
Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4794
kristen.e.boyd@doj.state.or.us
Of Attorneys for Respondent

Page 1 -    CERTIFICATE OF SERVICE
KEB/gcz/2472308-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794