JOHN R. KROGER
Attorney General
KRISTEN E. BOYD #002102
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email: kristen.e.boyd@doj.state.or.us

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JAMES ARTHUR ROSS,<br><br>    Petitioner,<br><br>    v.<br><br>JEAN HILL,<br><br>    Respondent. | Case No. 6:10-cv-1440-HO<br><br>AFFIDAVIT OF LYNN DAVID LARSEN |

STATE OF OREGON    )
                   ) ss.
County of Marion   )

I, Lynn David Larsen, being first duly sworn, depose and say:

1.    I am an attorney licensed to practice law in the State of Oregon and a Senior Assistant Attorney General for the State of Oregon. I am also the Attorney-in-Charge of the Department of Justice section that handles federal habeas corpus cases in the United States District Courts.

Page 1 -    AFFIDAVIT OF LYNN DAVID LARSEN
            KEB/gcz/2840255-v1
                        Department of Justice
                        1162 Court Street NE
                        Salem, OR 97301-4096
                        (503) 947-4700 / Fax: (503) 947-4794

2. I am acting on behalf of Kristen E. Boyd, counsel for respondent in the above-captioned case.

3. The current deadline for respondent to file a response to petitioner's habeas corpus petition is June 6, 2011.

4. More time is needed to review the relevant underlying record and respond to petitioner's habeas corpus petition.

5. A representative of this office verified that petitioner is a prisoner not represented by counsel in this matter. Pursuant to Local Rule 7-1(a)(1)(C), I did not confer with petitioner, a *pro se* inmate, about the motion for an extension of time.

6. This is respondent's second request for an extension of time.

7. Therefore, on behalf of Ms. Boyd, I respectfully request a 60-day extension of time, up to and including **August 5, 2011**, to file a response to petitioner's habeas corpus petition.

                                           LYNN DAVID LARSEN
                                           Attorney-in-Charge

SUBSCRIBED AND SWORN to before me this 3 day of June, 2011.

                                          Notary Public for Oregon
                                          My Commission Expires: 12-01-2012

OFFICIAL SEAL
MARILYN JOAN DUNAWAY
NOTARY PUBLIC-OREGON
COMMISSION NO. 433975
MY COMMISSION EXPIRES DEC. 01, 2012

Page 2 -   AFFIDAVIT OF LYNN DAVID LARSEN
          KEB/gcz/2840255-v1

## CERTIFICATE OF SERVICE

I certify that on June 3, 2011, I served the foregoing AFFIDAVIT OF LYNN DAVID LARSEN upon the parties hereto by the method indicated below, and addressed to the following:

James Arthur Ross  
SID #12599830  
Eastern Oregon Correctional Institution  
2500 Westgate  
Pendleton, OR 97801-9699  

___ HAND DELIVERY  
_X_ MAIL DELIVERY  
___ OVERNIGHT MAIL  
___ TELECOPY (FAX)  
___ E-MAIL  
___ E-FILE  

KRISTEN E. BOYD #002102  
Assistant Attorney General  
Trial Attorney  
Tel (503) 947-4700  
Fax (503) 947-4794  
kristen.e.boyd@doj.state.or.us  
Of Attorneys for Respondent  

Page 1 -   CERTIFICATE OF SERVICE  
KEB/gcz/2472308-v1