JOHN R. KROGER
Attorney General
KRISTEN E. BOYD #002102
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email: kristen.e.boyd@doj.state.or.us

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JAMES ARTHUR ROSS,<br><br>Petitioner,<br><br>v.<br><br>JEAN HILL,<br><br>Respondent. | Case No. 6:10-cv-1440-HO<br><br>MOTION FOR EXTENSION OF TIME |

Respondent respectfully moves this Court for an order granting a 30-day extension of time to file a response to petitioner's habeas corpus petition, up to and including **September 6, 2011.** A representative of this office verified that petitioner is a prisoner not represented by counsel in this matter. Pursuant to Local Rule 7-1(a)(1)(C), I did not confer with petitioner, a *pro se* inmate, about this motion.

Page 1 -   MOTION FOR EXTENSION OF TIME
           KEB/gcz/2562242-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794

This motion is made pursuant to Fed. R. Civ. P. 6(b) and is supported by the attached declaration of Kristen E. Boyd.

DATED this __2__ day of August, 2011.

<div style="margin-left: 50%;">
Respectfully submitted,

JOHN R. KROGER
Attorney General


_____
KRISTEN E. BOYD #002102
Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4794
kristen.e.boyd@doj.state.or.us
Of Attorneys for Respondent
</div>

Page 2 -   MOTION FOR EXTENSION OF TIME
           KEB/gcz/2562242-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794

## CERTIFICATE OF SERVICE

I certify that on August _2_, 2011, I served the foregoing MOTION FOR EXTENSION OF TIME upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| James Arthur Ross<br>SID #12599830<br>Eastern Oregon Correctional Institution<br>2500 Westgate<br>Pendleton, OR 97801-9699 | ___ HAND DELIVERY<br>_X_ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>___ E-FILE |

KRISTEN E. BOYD #002192
Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4794
kristen.e.boyd@doj.state.or.us
Of Attorneys for Respondent

Page 1 -   CERTIFICATE OF SERVICE
KEB/gcz/2472308-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794