JOHN R. KROGER
Attorney General
KRISTEN E. BOYD  #002102
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email:  kristen.e.boyd@doj.state.or.us

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JAMES ARTHUR ROSS,<br><br>        Petitioner,<br><br>    v.<br><br>JEAN HILL,<br><br>        Respondent. | Case No. 6:10-cv-1440-HO<br><br>DECLARATION OF KRISTEN E. BOYD IN SUPPORT OF MOTION FOR EXTENSION OF TIME |

I, Kristen E. Boyd, declare and say:

    1.    I am an attorney licensed to practice law in the State of Oregon and an Assistant Attorney General for the State of Oregon.

    2.    I am counsel for respondent in the above-captioned case.

    3.    More time is needed to review the relevant underlying record and respond to petitioner's habeas corpus petition.

Page 1 -   DECLARATION OF KRISTEN E. BOYD IN SUPPORT OF MOTION FOR EXTENSION
          OF TIME
          KEB/gcz/2562244-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794

4. A representative of my office verified that petitioner is a prisoner not represented by counsel in this matter. Pursuant to Local Rule 7-1(a)(1)(C), I did not confer with petitioner, a *pro se* inmate, about the motion for an extension of time.

5. This is respondent's third request for an extension of time.

6. Therefore, I respectfully request a 30-day extension of time until **September 6, 2011**, to file a response to petitioner's habeas corpus petition.

**I declare under penalty of perjury and the laws of the State of Oregon that the foregoing is true and correct to the best of my knowledge, information, and belief.**

DATED this __2__ day of August, 2011.

                                           KRISTEN E. BOYD
                                           Assistant Attorney General

Page 2 -   DECLARATION OF KRISTEN E. BOYD IN SUPPORT OF MOTION FOR EXTENSION
           OF TIME
           KEB/gcz/2562244-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794

## CERTIFICATE OF SERVICE

I certify that on August _2_, 2011, I served the foregoing DECLARATION OF KRISTEN E. BOYD IN SUPPORT OF MOTION FOR EXTENSION OF TIME upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| James Arthur Ross<br>SID #12599830<br>Eastern Oregon Correctional Institution<br>2500 Westgate<br>Pendleton, OR 97801-9699 | ___ HAND DELIVERY<br>_X_ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>___ E-FILE |

_/s/ Kristen E. Boyd_
KRISTEN E. BOYD #002102
Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4794
kristen.e.boyd@doj.state.or.us
Of Attorneys for Respondent

Page 1 -   CERTIFICATE OF SERVICE
        KEB/gcz/2472308-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794