JOHN R. KROGER
Attorney General
KRISTEN E. BOYD  #002102
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email:  kristen.e.boyd@doj.state.or.us

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JAMES ARTHUR ROSS, | Case No. 6:10-cv-1440-HO |
| Petitioner, | DECLARATION OF KRISTEN E. BOYD IN SUPPORT OF MOTION FOR EXTENSION OF TIME |
| v. | |
| JEAN HILL, | |
| Respondent. | |

I, Kristen E. Boyd, declare and say:

1.      I am an attorney licensed to practice law in the State of Oregon and an Assistant Attorney General for the State of Oregon.

2.      I am counsel for respondent in the above-captioned case.

3.      More time is needed to complete review of the relevant underlying record and finalize the response to petitioner's habeas corpus petition.

Page 1 -   DECLARATION OF KRISTEN E. BOYD IN SUPPORT OF MOTION FOR EXTENSION OF TIME
KEB/gcz/2562244-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794

4.      A representative of my office verified that petitioner is a prisoner not represented by counsel in this matter.  Pursuant to Local Rule 7-1(a)(1)(C), I did not confer with petitioner, a *pro se* inmate, about the motion for an extension of time.

5.      This is respondent's fourth request for an extension of time.

6.      Therefore, I respectfully request a 3-day extension of time until **September 9, 2011,** to file a response to petitioner's habeas corpus petition.

**I declare under penalty of perjury and the laws of the State of Oregon that the foregoing is true and correct to the best of my knowledge, information, and belief.**

DATED this _6_ day of September, 2011.

KRISTEN E. BOYD
Assistant Attorney General

Page 2 -   DECLARATION OF KRISTEN E. BOYD IN SUPPORT OF MOTION FOR EXTENSION
           OF TIME
           KEB/gcz/2562244-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794

**CERTIFICATE OF SERVICE**

I certify that on September _6_, 2011, I served the foregoing DECLARATION OF

KRISTEN E. BOYD IN SUPPORT OF MOTION FOR EXTENSION OF TIME upon the

parties hereto by the method indicated below, and addressed to the following:

James Arthur Ross                          ___ HAND DELIVERY
SID #12599830                              _X_ MAIL DELIVERY
Eastern Oregon Correctional Institution    ___ OVERNIGHT MAIL
2500 Westgate                              ___ TELECOPY (FAX)
Pendleton, OR 97801-9699                   ___ E-MAIL
                                           ___ E-FILE


KRISTEN E. BOYD #002102
Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4794
kristen.e.boyd@doj.state.or.us
Of Attorneys for Respondent

Page 1 -    CERTIFICATE OF SERVICE
            KEB/gcz/2472308-v1