JOHN R. KROGER
Attorney General
KRISTEN E. BOYD  #002102
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email:  kristen.e.boyd@doj.state.or.us

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JAMES ARTHUR ROSS,<br><br>        Petitioner,<br><br>   v.<br><br>JEAN HILL,<br><br>        Respondent. | Case No. 6:10-cv-1440-HO<br><br>EXHIBITS TO ANSWER |

Respondent submits the following exhibits with the response:

1.  <u>Exhibit 101</u>:  Judgment/Facesheet

2.  <u>Exhibit 102</u>:  Indictment

3.  <u>Exhibit 103</u>:  Plea Statement and Order

4.  <u>Exhibit 104</u>:  Notice of Appeal: Direct Appeal (DA)

5.  <u>Exhibit 105</u>:  Motion for Relief from Default and for Extension of Time
    to File Petition for Reconsideration: DA

6.    Exhibit 106:    Petition for Reconsideration – 05/16/05: DA

7.    Exhibit 107:    Petition for Reconsideration – 07/08/05: DA

8.    Exhibit 108:    Order Denying Reconsideration: DA

9.    Exhibit 109:    Petition for Supreme Court Review: DA

10.    Exhibit 110:    Order Denying Review: DA

11.    Exhibit 111:    Order Denying Motion for Appointment of Counsel and
                        Order of Dismissal/Appellate Judgment: DA

12.    Exhibit 112:    Fourth Amended Formal Petition for Post-Conviction Relief (PCR)

13.    Exhibit 113:    Petitioner's Trial Memorandum

14.    Exhibit 114:    Petitioner's *Pro Se* Trial Memorandum

15.    Exhibit 115:    Petitioner's Exhibit List

16.    Exhibit 116:    District Attorney's Information (Pet's Ex 1)

17.    Exhibit 117:    Letter to Judge Sietz – 04/16/04 (Pet's Ex 6)

18.    Exhibit 118:    Letter to Judge Poole – 05/11/04 (Pet's Ex 7)

19.    Exhibit 119:    *Pro Se* Motion for Hearing (Pet's Ex 8)

20.    Exhibit 120:    *Pro Se* Evidence Disposition (Pet's Ex 9)

21.    Exhibit 121:    Defendant's Motion to Represent Himself (Pet's Ex 10)

22.    Exhibit 122:    Criminal Journal Entry/Order Denying Withdrawal of Attorney
                        (Pet's Ex 11)

23.    Exhibit 123:    Defendant's 412 Motion (Pet's Ex 12)

24.    Exhibit 124:    Defendant's Motion to Suppress Statements (Pet's Ex 13)

25.    Exhibit 125:    Defendant's Sentencing Memorandum (Pet's Ex 16)

26.    Exhibit 126:    Presentence Investigation Report (Pet's Ex 17)

27.    Exhibit 127:    Felony Guidelines Sentencing Report (Pet's Ex 18)

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794

28.    Exhibit 128:    Letter to James Ross – 08/31/04 (Pet's Ex 20)

29.    Exhibit 129:    Letter to James Ross – 09/14/04 (Pet's Ex 22)

30.    Exhibit 130:    Letter to James Ross – 09/29/04 (Pet's Ex 23)

31.    Exhibit 131:    Motion to Amend/Correct Judgment for Erroneous Term
                       of Post-Prison Supervision (Pet's Ex 24)

32.    Exhibit 132:    Memorandum of Law in Support of Motion to Amend/Correct
                       Judgment (Pet's Ex 25)

33.    Exhibit 133:    Motion for Court Ordered Transportation of Inmate (Pet's Ex 26)

34.    Exhibit 134:    Motion to Proceed as an Indigent Person (Pet's Ex 27)

35.    Exhibit 135:    Letter to James Ross – 04/07/05 (Pet's Ex 28)

36.    Exhibit 136:    State's Response to Defendant's Motion to Amend/Correct
                       Judgment (Pet's Ex 29)

37.    Exhibit 137:    Order Denying Defendant's Motion to Amend/Correct Judgment
                       (Pet's Ex 30)

38.    Exhibit 138:    Memorandum of Law in Support of Motion for Relief from
                       Judgment (Pet's Ex 31)

39.    Exhibit 139:    Motion for Relief from Judgment (Pet's Ex 32)

40.    Exhibit 140:    Motion to Proceed as An Indigent Person (Pet's Ex 33)

41.    Exhibit 141:    Motion to Show Cause (Pet's Ex 34)

42.    Exhibit 142:    Motion in Opposition (Pet's Ex 35)

43.    Exhibit 143:    Motion for Conditional Release (Pet's Ex 36)

44.    Exhibit 144:    Letter to Douglas County Courts – 06/29/04 (Pet's Ex 37)

45.    Exhibit 145:    Criminal Journal Entry/Order Allowing Withdrawal of Attorney
                       (Pet's Ex 38)

46.    Exhibit 146:    Non-Routine Expense Statement (Pet's Ex 41)

47.    Exhibit 147:    Letter from Bryan McCrea, MS – 08/26/04 (Pet's Ex 42)

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794

48. <u>Exhibit 148</u>:   State's Exhibit List (Pet's Ex 44)

49. <u>Exhibit 149</u>:   List of Charges (Pet's Ex 45)

50. <u>Exhibit 150</u>:   Defendant's Requested Jury Instructions (Pet's Ex 46)

51. <u>Exhibit 151</u>:   Letter to Maryella Brown (Pet's Ex 47)

52. <u>Exhibit 152</u>:   Fax Cover Page – 07/22/04 (Pet's Ex 48)

53. <u>Exhibit 153</u>:   Letter to James Ross – 07/01/04 (Pet's Ex 49)

54. <u>Exhibit 154</u>:   Letter to James Ross – 06/11/04 (Pet's Ex 50)

55. <u>Exhibit 155</u>:   Letter to James Ross – 05/24/04 (Pet's Ex 55)

56. <u>Exhibit 156</u>:   Letter to James Ross – 05/21/04 (Pet's Ex 58)

57. <u>Exhibit 157</u>:   Letter to James Ross – 05/12/04 (Pet's Ex 59)

58. <u>Exhibit 158</u>:   Letter to Dan – 05/07/04 (Pet's Ex 60)

59. <u>Exhibit 159</u>:   Memo to Douglas County Corrections – 04/21/04 (Pet's Ex 61)

60. <u>Exhibit 160</u>:   Letter to Dr. George Suckow – 04/13/04 (Pet's Ex 63)

61. <u>Exhibit 161</u>:   Letter to James Ross – 04/06/04 (Pet's Ex 64)

62. <u>Exhibit 162</u>:   Court Proceeding Timeline/Minutes (Pet's Ex 66)

63. <u>Exhibit 163</u>:   Petitioner's Supplemental Exhibit List

64. <u>Exhibit 164</u>:   Petitioner's 2nd Supplemental Exhibit List

65. <u>Exhibit 165</u>:   Declaration of Kenneth W. Madison (Pet's Ex 83)

66. <u>Exhibit 166</u>:   Declaration of Pierce Pippen (Pet's Ex 84)

67. <u>Exhibit 167</u>:   Petitioner's 3rd Supplemental Exhibit List

68. <u>Exhibit 168</u>:   "Exhibit B" (Pet's Ex 85)

69. <u>Exhibit 169</u>:   Defendant's Trial Memorandum

70. <u>Exhibit 170</u>:   Defendant's Exhibit List

Page 4 -   EXHIBITS TO ANSWER
KEB/gcz/2807185-v1

71.   Exhibit 171:   Transcript of Interview – 02/24/04 (Def's Ex 102)

72.   Exhibit 172:   Affidavit of Trial Counsel Daniel Bouck (Def's Ex 103)

73.   Exhibit 173:   OJIN Register for Case No. 04CR0429FE (Def's Ex 104)

74.   Exhibit 174:   Douglas County Sheriff's Reports (Def's Ex 105)

75.   Exhibit 175:   Presentence Investigation Report (Def's Ex 106)

76.   Exhibit 176:   Deposition of James Arthur Ross (Def's Ex 107)

77.   Exhibit 177:   Photograph of Victim's Injuries (Def's Ex 110)

78.   Exhibit 178:   Photograph of Victim's Injuries (Def's Ex 111)

79.   Exhibit 179:   Photograph of Victim's Injuries (Def's Ex 112)

80.   Exhibit 180:   Photograph of Victim's Injuries (Def's Ex 113)

81.   Exhibit 181:   Photograph of Victim's Injuries (Def's Ex 114)

82.   Exhibit 182:   Photograph of Victim's Injuries (Def's Ex 115)

83.   Exhibit 183:   Photograph of Victim's Injuries (Def's Ex 116)

84.   Exhibit 184:   Photograph of Victim's Injuries (Def's Ex 117)

85.   Exhibit 185:   Photograph of Victim's Injuries (Def's Ex 118)

86.   Exhibit 186:   Photograph of Victim's Injuries (Def's Ex 119)

87.   Exhibit 187:   Photograph of Victim's Injuries (Def's Ex 120)

88.   Exhibit 188:   Photograph of Victim's Injuries (Def's Ex 121)

89.   Exhibit 189:   Photograph of Victim's Injuries (Def's Ex 122)

90.   Exhibit 190:   Transcript of PCR Proceedings

91.   Exhibit 191:   General Judgment

92.   Exhibit 192:   Appellant's Brief: PCR Appeal

93.   Exhibit 193:   Appellant's *Pro Se* Supplemental Brief: PCR Appeal

Page 5 -   EXHIBITS TO ANSWER
KEB/gcz/2807185-v1

94.   Exhibit 194:   Respondent's Brief: PCR Appeal

95.   Exhibit 195:   Court of Appeals' Opinion: PCR Appeal

96.   Exhibit 196:   Petition for Supreme Court Review: PCR Appeal

97.   Exhibit 197:   Order Denying Review: PCR Appeal

98.   Exhibit 198:   Appellate Judgment: PCR Appeal

99.   Exhibit 199:   Supplemental Judgment Order Granting PCR and Remanding Case for Resentencing

100.   Exhibit 200:   Transcript of Proceedings – Plea & Sentencing

101.   Exhibit 201:   Amended Criminal Judgment

DATED this 9 day of September, 2011.

Respectfully submitted,

JOHN R. KROGER
Attorney General

KRISTEN E. BOYD #002102
Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4794
kristen.e.boyd@doj.state.or.us
Of Attorneys for Respondent

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax (503) 947-4794

**CERTIFICATE OF SERVICE**

I certify that on September _9_, 2011, I served the foregoing EXHIIBITS TO ANSWER

upon the parties hereto by the method indicated below, and addressed to the following:

James Arthur Ross
SID #12599830
Eastern Oregon Correctional Institution
2500 Westgate
Pendleton, OR 97801-9699

___ HAND DELIVERY
_X_ MAIL DELIVERY
___ OVERNIGHT MAIL
___ TELECOPY (FAX)
___ E-MAIL
___ E-FILE

KRISTEN E. BOYD #002102
Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4794
kristen.e.boyd@doj.state.or.us
Of Attorneys for Respondent

Page 1 -   CERTIFICATE OF SERVICE
KEB/gcz/2472308-v1